PEOPLE ex rel. PULLMAN, Appellant, v. SEELEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 23, 1907.) Proceedings by the people

of the state of New York, on the relation of Betsy Pullman, as, etc., against R. Fenton Seeley and others. No opinion. Order modified by striking therefrom the last clause, and inserting in lieu thereof, "with $50 costs and disbursements to the relator," and, as so modified, the said order is affirmed, with $10 costs and disbursements on this appeal. The costs herein specified are hereby awarded against the town of Waterloo.